JAMES McMAHON, Respondent, *v.* PETER H. WALSH, Appellant.

(Argued May 23, 1878; decided June 4, 1878.)

*Redfield & Hill* for appellant.

*Nelson Smith* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.